# APPENDIX A

# PALISADES COLLECTION, L.L.C.

| PALISADES FILE NUMBER |
|---|
| 16025700 |

OROURKE, MICHAEL

| NEW BALANCE |
|---|
| $7710.75 |

Redacted

IF ADDRESS AS SHOWN ABOVE IS INCORRECT, PLEASE INDICATE CHANGE BELOW.

NAME _____

ADDRESS _____

| PAYMENT DUE DATE | MINIMUM PAYMENT |
|---|---|
| DUE NOW | $7710.75 |

PLEASE WRITE IN AMOUNT OF
PAYMENT ENCLOSED          $ _____

PLEASE DETACH AND TOP PORTION WITH YOUR PAYMENT

| ACCOUNT NUMBER | CREDIT LIMIT | CREDIT AVAILABLE | PAST DUE | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| Redacted | 0 | 0 | $7710.75 | 7/5/07 |

| DATE | REFERENCE NUMBER | NEW TRANSACTIONS | AMOUNT |
|---|---|---|---|
| 7/5/07 | | BALANCE DUE 4/26/2001<br>PALISADES COLLECTION, L.L.C.<br>DELAWARE LIMITED LIABILITY CORP.<br>ASSIGNEE OF PALISADES XVI/COLONIAL/CITIBANK/CC<br>P.O. BOX 1244<br>ENGLEWOOD CLIFFS, NJ 07632 | $7710.75 |

| SUMMARY OF TRANSACTIONS | PREVIOUS BALANCE | PAYMENTS AND CREDITS | NEW BALANCE |
|---|---|---|---|
| | $7710.75 | | $7710.75 |

PROMPT CREDITING OF PAYMENTS: TO RECEIVE CREDIT FOR PAYMENT AS OF THE DATE OF RECEIPT, WE MUST RECEIVE THE TOP PORTION OF THE STATEMENT AND YOUR CHECK OR MONEY ORDER BY 3:00 P.M. AT:

PALISADES COLLECTION, L.L.C.
P.O. BOX 1244
ENGLEWOOD CLIFFS, NJ 07632

PAYMENTS RECEIVED AT THE ABOVE ADDRESS IN THE MANNER SPECIFIED AFTER THAT TIME WILL BE CREDITED TO YOUR ACCOUNT AS OF OUR NEXT BUSINESS DAY. THE CREDITING TO YOUR ACCOUNT OF PAYMENTS RECEIVED AT ANY LOCATION OTHER THEN THE ABOVE ADDRESS MAY BE DELAYED UP TO 5 DAYS FROM DATE OF RECEIPT

| PAYMENT DUE DATE | MINIMUM PAYMENT |
|---|---|
| DUE NOW | $7710.75 |

SEND INQUIRIES TO:

PALISADES COLLECTION, L.L.C.
P.O. BOX 1244
ENGLEWOOD CLIFFS, NJ 07632

W&A File# 164540463