AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MICHAEL O'ROURKE, individually and on behalf of a class,

V.

PALISADES ACQUISITION XVI, LLC and
PALISADES COLLECTION, LLC,

CASE NUMBER: **08 C 430**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE NORGLE
MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

PALISADES COLLECTION, LLC
c/o CT Corporation System, Registered Agent
208 South LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

**January 18, 2008**
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 1/23/08 |
| NAME OF SERVER (PRINT)  SAMANTHA GLASS | TITLE  PARALEGAL |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: c/o CT CORPORATION, Registered Agent, 208 S. LaSalle, served Dawn, employee of CT Corp.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/23/08
           Date

*Signature of Server*

120 S. LaSalle St., 18th Fl., Chicago, IL 60603
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.