AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MICHAEL O'ROURKE, individually and on behalf of a class,

V.

PALISADES ACQUISITION XVI, LLC and PALISADES COLLECTION, LLC,

CASE NUMBER: **08 C 430**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE NORGLE
MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

PALISADES ACQUISITION XVI, LLC
c/o Daniel J. Barkin, Registered Agent
Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ 07068

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/_
(By) DEPUTY CLERK

January 18, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

> G  Served personally upon the defendant. Place where served: _____
>
> _____
>
> G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
>
> Name of person with whom the summons and complaint were left: _____
>
> G  Returned unexecuted: _____
>
> _____
>
> _____
>
> G  Other (specify): _____
>
> _____
>
> _____

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| **DECLARATION OF SERVER** |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |
| Executed on _____  _____<br>                          Date                            *Signature of Server*<br><br>                                                    _____<br>                                                    *Address of Server* |

AO 440 (Rev. 05/00) Summons in a Civil Action

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

MICHAEL O'ROURKE,                   Plaintiff      UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

vs

PALISADES ACQUISITION XVI LLC, ET AL.,       Defendant

DOCKET NO. 08 C 430

Person to be served: PALISADES ACQUISITION XVI LLC
c/o DANIEL J. BARKIN, REGISTERED AGENT LOWENSTEIN SANDLER
65 LIVINGSTON AVE.
ROSELAND NJ 07068

Attorney:
EDELMAN COMBS LATTURNER &
120 S. LASALLE ST. 18TH FLOOR
CHICAGO IL 60603

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30

$ _____

Papers Served:
SUMMONS & COMPLAINT

Service Data:
Served Successfully ✓    Not Served ____    Date: 1/29/08    Time: 12:30pm    Attempts: ____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title

REFUSED NAME
PERSON IN CHARGE OF R.A.

Description of Person Accepting Service:
Age: 25    Height: 5'8    Weight: 135    Hair: Blk    Sex: F    Race: AA

Unserved:

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                     _____ Date _____ Time _____
( ) Other: _____

Comments or Remarks _____

Server Data:

I, Douglas Boyle (MICHAEL MELILLO, SR.), was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Subscribed and Sworn to me this 29th day of January, 2008

Notary Signature

N. Boyle    1/29/08
Signature of Process Server    Date

ROBERT CIFELLI
Notary Public of New Jersey
My Commission Expires Oct. 6, 2009

DGR - THE SOURCE FOR LEGAL SUPPORT
47 Bloomfield Avenue, Caldwell, NJ 07006
(973) 403-1700   Fax (973) 403-9222

WORK ORDER No. 435859
FILE No. 20820