# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| MICHAEL O'ROURKE, individually and on behalf of a class, ) ) ) | |
| Plaintiffs, ) ) | Case No.: 08 C 430 |
| v. ) ) | Judge Norgle |
| PALISADES ACQUISITION XVI, LLC and PALISADES COLLECTION, LLC. ) ) ) | Magistrate Judge Nolan |
| Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**PALISADES ACQUISITION XVI, LLC and PALISADES COLLECTION, LLC**

| |
|---|
| SIGNATURE  s/Justin M. Penn |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  222 N. LaSalle St., Suite 300 |
| CITY/STATE/ZIP  Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06283726 | (312) 704-3157 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | | |

6283204v1 885462

## CERTIFICATE OF SERVICE

  I hereby certify that on February 13, 2008, I electronically filed **Defendant's Appearance,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

            By:  s/Justin M. Penn
               Justin M. Penn
               Attorney Bar No. 06283726
               HINSHAW & CULBERTSON
               222 N. LaSalle Street, Ste 300
               Chicago, IL 60601
               (312) 704-3000
               jpenn@hinshawlaw.com