IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL O'ROURKE, individually and on behalf of a class, | ) ) ) |
| Plaintiff, | ) **Case No.: 08 C 430** ) |
| v. | ) **Judge Norgle** ) |
| PALISADES ACQUISITION XVI, LLC and PALISADES COLLECTION, LLC, | ) **Magistrate Judge Nolan** ) ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendants, Palisades Acquisition XVI, LLC and Palisades Collection, LLC, by their attorney Justin M. Penn, pursuant to Federal Rule of Civil Procedure 6(b) respectfully request that this court grant them 28 and 21-day enlargements of time to file a responsive pleadings to the plaintiff's Complaint, and in support thereof, states as follows:

1. Plaintiff's Complaint purports to state class action claims under the Fair Debt Practices Act against the defendants.

2. Plaintiff's Complaint was filed on January 18, 2008. Palisades Collection LLC was served on or about January 23, 2008, and its responsive pleading was due on February 12, 2008. The docket reflects that Palisades Acquisition XVI, LLC was served on January 29, 2008, and that its responsive pleading is due on February 19, 2008. Palisades Acquisition XVI, LLC has no record of being served.

3.  Defendants have retained defense counsel who has filed Appearances concurrently with the instant motion. Counsel for the defendants has contacted counsel for the plaintiff about the instant motion, and plaintiff's counsel does not oppose the enlargements sought.

4.  Defendants hereby requests an additional 21 and 28 days to answer or otherwise plead. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response to the multiple claims arising out of both state and federal law.

WHEREFORE, Defendants, Palisades Acquisition XVI, LLC and Palisades Collection, LLC, respectfully request that this Court grant them 21 and 28-day enlargements of time, up to and including, March 11, 2008, to file responsive pleadings to the plaintiff's Complaint.

Respectfully submitted,

**Palisades Acquisition XVI, LLC and Palisades Collection, LLC,**

By:   s/Justin M. Penn
One of the Attorneys for Defendants

Justin M. Penn
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

## **CERTIFICATE OF SERVICE**

      I, the undersigned, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on February 13, 2008.

                                                         s/Justin M. Penn
                                                         Justin M. Penn