IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL O'ROURKE, individually and on behalf of a class, | ) ) ) |
| Plaintiffs, | ) Case No.: 08 C 430 ) |
| v. | ) Judge Norgle ) |
| PALISADES ACQUISITION XVI, LLC and PALISADES COLLECTION, LLC. | ) Magistrate Judge Nolan ) ) |
| Defendants. | ) |

**NOTICE OF UNOPPOSED MOTION**

TO:  All Counsel of Record
     (See Attached Service List)

PLEASE TAKE NOTICE that on **February 22, 2008**, at **10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Norgle**, or any judge sitting in his stead in Courtroom 2341 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present our **Unopposed Motion for Enlargement of Time,** a copy of which is attached hereto and herewith served upon you.

s/Justin M. Penn
Justin M. Penn

Justin M. Penn – Atty Bar No. 06283726
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on February 13, 2008.

s/Justin M. Penn
Justin M. Penn

6283250v1 885462