**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| MICHAEL O'ROURKE, individually and on behalf of a class, | ) ) ) |
| Plaintiffs, | ) Case No.: 08 C 430 |
| v. | ) ) Judge Norgle |
| PALISADES ACQUISITION XVI, LLC and PALISADES COLLECTION, LLC. | ) Magistrate Judge Nolan ) |
| Defendants. | ) ) |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**PALISADES ACQUISITION XVI, LLC and PALISADES COLLECTION, LLC**

| | |
|---|---|
| SIGNATURE  s/David M. Schultz | |
| FIRM  Hinshaw & Culbertson LLP | |
| STREET ADDRESS  222 N. LaSalle St., Suite 300 | |
| CITY/STATE/ZIP  Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6197596 | TELEPHONE NUMBER (312) 704-3157 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒        NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐        NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒        NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

6283353v1 885462

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 13, 2008, I electronically filed **Defendant's Appearance,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

By:_____s/David M. Schultz_____
David M. Schultz
Attorney Bar No. 6197596
HINSHAW & CULBERTSON
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000
dschultz@hinshawlaw.com