# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 430 | **DATE** | 3/27/2008 |
| **CASE TITLE** | O'Rourke vs. Palisades Acquisition XVI, LLC | | |

**DOCKET ENTRY TEXT**

Unopposed Motion for Enlargement of Time [11] is granted.

*Charles R. Norgle*

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|